IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:CV 08-0482 (ESH) |
| JOSEPH COHN AND SON, INC., | ) |
| Defendant. | ) |

**PLAINTIFFS' RESPONSE TO JULY 2, 2008 ORDER
DIRECTING PLAINTIFFS TO COMPLETE SERVICE OF PROCESS**

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund, and Trustees of the International Masonry Institute ("Funds"), by their attorneys, hereby respond to the Court's July 2, 2008 Order Directing Plaintiffs to either (1) file with the Court proof that Defendant has been served with the summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed.

1. Plaintiffs filed the Complaint in this action on March 21, 2008, seeking payment of fringe benefit contributions due the Funds by Defendant as determined by two audits of Defendant's books and records conducted by the independent accounting firm of Buckley, Frame Boudreau & Co., P.C.

2. Counsel for the Plaintiffs has been engaged in ongoing discussions with the Defendant concerning the findings of the audit, and Plaintiffs had hoped to reach a settlement of this matter prior to the 120-day deadline for service of the Summons and Complaint.

3. However, because this matter has not yet been resolved, Plaintiffs have forwarded the Summons and Complaint to a process server for immediate service on Defendant. The process server will attempt such service on Defendant tomorrow, July 23, 2008.

4. Plaintiffs will file a return of service affidavit with the Court as soon as service of the Summons and Complaint has been effected on Defendant.

Accordingly, the Plaintiffs respectfully request that this case not be dismissed and that Plaintiffs be granted an extension of thirty (30) days, through August 21, 2008, in which to file a return of service affidavit with the Court.

Date: July 22, 2008

Respectfully submitted,

By: _____
Ira R. Mitzner, (DC Bar No. 184564)
Charles V. Mehler III, (DC Bar No.475909)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006
(202) 420-2234

Counsel for Plaintiffs

2474011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. ) Case No. 1:CV 08-0482 (ESH)
)
JOSEPH COHN AND SON, INC., )
)
Defendant. )
)

### ORDER

Upon consideration of the Plaintiffs' Response to July 2, 2008 Order Directing Plaintiffs to Complete Service of Process, the Court finds that Plaintiffs' request for an extension of thirty (30) days to file a return of service affidavit with the Court should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that Plaintiffs' request be, and it hereby is, **GRANTED**, and further

**ORDERED**, that Plaintiffs file a return of service affidavit in this matter by or before August 21, 2008.

**SO ORDERED**, this _____ day of _____, 2008.

_____
Ellen S. Huvelle
United States District Judge

2474064