IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-0482 (ESH) |
| ) | |
| JOSEPH COHN & SON, INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF IRA R. MITZNER IN SUPPORT OF
SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On July 23, 2008, service of the Summons and Complaint in this action was made upon Joseph Cohn & Son, Inc. by delivering said documents at 15 Knollwood Drive, New Haven, CT 06515 upon Irene Wyant, Vice President, authorized to accept service on behalf of Joseph Cohn & Son, Inc.

3. Proof of such service is provided by the Declaration of process server, Michele VonEisengrein, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2008

Ira R. Mitzner

DSMDB-2484976

**EXHIBIT 1**

Case 1:08-cv-00482-ESH   Document 4   Filed 08/20/2008   Page 2 of 4

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

    Plaintiffs,

    V.

JOSEPH COHN AND SON, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE 1

Case: 1:08-cv-00482
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/21/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

JOSEPH COHN AND SON, INC.
c/o Joel Cohn, Agent for Service
  of Process
15 Knollwood Drive
New Haven, CT   06515

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON     MAR 2 1 2008
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 23, 2008 @ 2:03 P.M. |
| NAME OF SERVER *(PRINT)* Michele VonEisengrein | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Served Irene Wyant, Vice President, authorized to accept. Service was completed at 15 Knollwood Drive, New Haven, CT 06515

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 24, 2008
            Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*


\*  Exhibits, Notice of Right to Consent to a Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.