UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,           ) | |
| )  | |
| Plaintiffs,           ) | |
| ) | |
| v.           ) | Civil Action No.  08-0482 (ESH) |
| ) | |
| JOSEPH COHN AND SON, INC.   ) | |
| ) | |
| Defendant.           ) | |
| ) | |

## ORDER

While proof of service of process in this case was accomplished on August 20, 2008, plaintiff has done nothing further to prosecute this case.  Accordingly, it is this 26th day of August, 2008, hereby

**ORDERED** that by no later than September 9, 2008, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed.  If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

                                                                          /s/
                                                           ELLEN SEGAL HUVELLE
                                                           United States District Judge

Date: August 26, 2008