CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
  Plaintiff(s)

vs.                                          Civil Action No. 08-0482 (ESH)

JOSEPH COHN AND SON, INC.
  Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 26th day of August, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Joseph Cohn and Son, Inc. was [were] (select one):

[X] personally served with process on July 23, 2008.

[ ] served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

[ ] served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

[ ] The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
[X] no extension has been given and the time for filing has expired
[ ] although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
IRA R. MITZNER
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200

184564

Bar Id. Number                                        Name, Address and Telephone Number