Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

      Plaintiff(s)

V.

Civil Action No. 08-cv-00482-ESH

JOSEPH COHN AND SON, INC

      Defendant(s)

RE: JOSEPH COHN AND SON, INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 23, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of September, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk