UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>JOSEPH COHN AND SON, INC.  )<br>)<br>Defendant.  )<br>) | Civil Action No. 08-0482 (ESH) |

**ORDER**

Default having been entered by the Clerk of Court on September 3, 2008, it is hereby

**ORDERED** that plaintiffs shall move for default judgment on or before September 19, 2008, or the Court will dismiss this action for lack of prosecution pursuant to Local Civil Rule 83.23.

                                          /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

Date: September 4, 2008